# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STELLA AGU | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:09-CV-02143 (VLB) |
| v. | : | |
| | : | |
| DEPARTMENT OF MENTAL HEALTH & | : | |
| ADDICTION SERVICES | : | |
| | : | |
| Defendant. | : | October 3, 2013 |

## ORDER DENYING PLAINTIFF'S VOLUNTARY DISMISSAL [Dkt. 136]

Plaintiff Stella Agu has filed a "Voluntary Dismissal" seeking to dismiss the matter with prejudice.  [Dkt. 136.]  Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may not voluntarily dismiss an action where, as here, the opposing party has served an answer, Dkt. 63, without a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]  Plaintiff's Voluntary Dismissal is denied for failure to comply with Rule 41.  THE COURT IS PREPARED TO DISMISS THE ACTION WITH PREJUDICE UPON THE FILING OF A STIPULATION OF DISMISSAL SIGNED BY ALL PARTIES WHO HAVE APPEARED, AS REQUIRED BY RULE 41.

---

[1] The relevant text of Rule 41: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii).

**IT IS SO ORDERED.**

_____**/s/**_____
**Hon. Vanessa L. Bryant**
**United States District Judge**

**Dated at Hartford, Connecticut: October 3, 2013**